UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M.; A.M. on behalf of M.M.; F.A.; F.A. on behalf of M.M..,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

25-CV-5832 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's July 28th Order, ECF No. 8, the parties were required to file a joint letter, the contents of which are described in the order, no later than two weeks from the date of that order. To date, the parties have not filed any letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 27, 2025.**

SO ORDERED.

Dated: August 21, 2025
New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge